**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Janice Carol Everly | : Case No.: 21-40096 |
| | : Chapter 7 |
| Debtor. | : Judge Charles R. Merrill |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

## ENTRY SUSTAINING MOVANT'S MOTION FOR RELIEF FROM STAY AS TO 124 W 8TH ST, BEAVER DAM, KY 42320-1518

For good cause shown, Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "Movant")'s Motion for Relief from Stay as to 124 W 8th St, Beaver Dam, KY 42320-1518 ("Property") is hereby granted.

The Court finds that Movant filed a motion that requested relief pursuant to 11 U.S.C. § 362 so that it could accelerate the debt owed by Debtor herein and foreclose its mortgage the Property, and otherwise pursue Movant's contractual and state law remedies.

For good cause shown and pursuant to 11 U.S.C. § 362, it is ORDERED that the stay that issued in this action is terminated with respect to the Property. Additionally, the Court orders that the Fed.R.Bankr.P. 4001(a)(3) is waived, this order is effective immediately

_Charles R. Merrill_
Charles R. Merrill
United States Bankruptcy Judge
Dated: April 13, 2021

21-003150_BLJ1

Movant may take all actions necessary to enforce its rights in the Property under state law.

Submitted by:

/s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
Adam B. Hall (97816)
John R. Cummins (84631)
Stephen R. Franks (97986)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Mark H. Flener, Chapter 7 Trustee, P.O. Box 8, 1143 Fairway Street, Suite 101, Bowling Green, KY  42102-0008, mark@flenerlaw.com (notified by ecf)

Al Miller, Attorney for Debtor, 428 North Second Street, Central City, KY  42330 (notified by ecf)

Janice Carol Everly and Charlee Maddox, 114 Reynolds Street, Beaver Dam, KY  42320 (notified by regular US Mail)

Janice Carol Everly and Charlee Maddox, 124 W 8th St, Beaver Dam, KY 42320-1518 (notified by regular US Mail)

21-003150_BLJ1